01
02
03
04

05                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
06                              AT SEATTLE

07  DANNER F. BIRHAUS,                  )
                                        )   CASE NO. C13-0571-MJP-MAT
08         Plaintiff,                   )
                                        )
09         v.                           )   ORDER AFFIRMING
                                        )   COMMISSIONER
10  CAROLYN W. COLVIN, Acting           )
    Commissioner of Social Security,    )
11                                      )
           Defendant.                   )
12  _____)

13       The Court has reviewed the entire record, including the Administrative Record, the

14  memoranda of the parties, and the Report and Recommendation of United States Magistrate

15  Judge Mary Alice Theiler.   It is therefore ORDERED:

16       (1)   The Court adopts the Report and Recommendation;

17       (2)   The Court AFFIRMS the decision of the Commissioner; and

18       (3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19       DATED this 1st day of November, 2013.

20
21
                                               *[signature]*
22                                         _____
                                           Marsha J. Pechman
                                           Chief United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1